UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:16-CR-107 (JAM) |
| ELLSWORTH ROBERTSON | : August 8, 2016 |

## MOTION TO SUPPRESS EVIDENCE

The defendant, Ellsworth Robertson, is charged with possession of controlled substances with intent to distribute in violation of 21 U.S.C. §§ 841(b)(1)(B) and 841(b)(1)(C), use of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c), and possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g).

Defendant hereby moves pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) to suppress all evidence discovered and/or seized in violation of his rights under the Fourth Amendment to the United States Constitution, including:

1. All evidence arising from the search of his person by Mohegan police on November 7, 2015;
2. All evidence arising from the search of his apartment at the time of his arrest on May 18, 2016;
3. All evidence arising from the search of his apartment pursuant to a search warrant issued on May 18, 2016;
4. All evidence arising from the May 20, 2016 search of a safe removed from his apartment.

This motion is based upon the memorandum of law attached, evidence to be adduced at an evidentiary hearing, post-hearing proposed findings of fact and conclusions of law, and oral argument.

AN EVIDENTIARY HEARING IS REQUESTED.

1

                                            Respectfully submitted,

                                            THE DEFENDANT,
                                            Ellsworth Robertson

                                            OFFICE OF THE FEDERAL DEFENDER

Dated: August 8, 2016                         <u>s/ James P. Maguire</u>
                                            James P. Maguire
                                            Assistant Federal Defender
                                            265 Church Street, Suite 702
                                            New Haven, CT 06510
                                            Phone: (203) 498-4200
                                            Bar No.: ct29355
                                            Email: <u>James_Maguire@fd.org</u>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          <u>s/ James P. Maguire</u>
                                                          James P. Maguire