UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16CR107 (JAM) |
| | : | |
| v. | : | June 9, 2017 |
| | : | |
| ELLSWORTH ROBERTSON | : | |

GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from this Court's Ruling granting the defendant's Motion to Suppress (Dkt. No. 53) entered in this case on March 8, 2017, and the Court's Order Denying the Government's Motion for Reconsideration (Docket Entry 61), entered in this case on May 9, 2017.

                Respectfully submitted,

                DEIRDRE M. DALY
                UNITED STATES ATTORNEY

                */s/ John H. Durham*
                JOHN H. DURHAM
                ASSISTANT UNITED STATES ATTORNEY
                Bar Number: ct05087
                United States Attorney's Office
                157 Church Street, Floor 25
                New Haven, Connecticut 06510
                Phone: (203) 821-3700
                Email: john.durham@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, the foregoing Government's Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ John H. Durham*
JOHN H. DURHAM