# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 3:16CR107 (JAM) |
| v. : | |
| : | September 5, 2017 |
| **ELLSWORTH ROBERTSON** : | |

## MOTION TO DISMISS

The United States respectfully requests that the Indictment returned against the defendant Ellsworth Robertson be dismissed with prejudice.

Respectfully Submitted,

DIERDRE M. DALY,
UNITED STATES ATTORNEY

*/s/ John H. Durham*

JOHN H. DURHAM
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No.: ct05087
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700

CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2017, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ John H. Durham*
JOHN H. DURHAM